FormCACB 102 (AO:ch7closedwodischarge) (10/05)

# United States Bankruptcy Court
## Central District of California

3420 Twelfth Street, Riverside, CA 92501–3819

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Paul Zachery Hennison
**SSN:** xxx–xx–4226
**EIN:** N/A
aka Paul Henderson

722 Phillips Avenue #8
Ontario, CA 91762

**BANKRUPTCY NO.** 6:11–bk–16824–SC
**CHAPTER** 7

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as the Debtor did not file Official Form 423, Certification About a Financial Management Course.

Dated: September 28, 2018

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form VAN–102 clsnodsc) rev. 12/2015

**34 / SRG**